UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-2427 PSG (FFM) | Date | May 28, 2009 |
|---|---|---|---|
| Title | JOSE DE JESUS ACOSTA v. GARY PENROD, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| None Present | | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On December 3, 2008, plaintiff filed a document requesting the status of his pending civil rights case. Plaintiff was advised that on May 2, 2008, the Court issued an order permitting plaintiff to serve the complaint on defendants. Pursuant to that order, plaintiff was advised that the last day to serve the complaint pursuant to Federal Rule of Civil Procedure 4(m) would expire on August 29, 2008. The Court extended plaintiff's 120 day period of time to serve the complaint on defendant to April 15, 2009. Plaintiff was also warned that his failure to effect service by that date may result in the dismissal of the action without prejudice as to any unserved defendant by reason of plaintiff's failure to prosecute, unless plaintiff could show good cause for extending the time for service.

As of the date of this order, plaintiff still has not filed a proof of service of the summons and complaint.

Plaintiff is ordered to show cause in writing within 15 days of the date of this minute order why this matter should not be dismissed for failure to prosecute. See Rule 41(b) of the Federal Rules of Civil Procedure, Local Rule 41 and *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629-30 (1962). A properly completed proof of service will be deemed sufficient compliance with this order.

Failure to file a timely response to this order within the time specified will be deemed consent to the dismissal of this action.

IT IS SO ORDERED.