UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE DE JESUS ACOSTA, | ) | No. CV 08-2427 PSG (FFM) |
| Plaintiff, | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF |
| GARY PENROD, et al., | ) ) | UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Amended Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: April 27, 2010

PHILIP S. GUTIERREZ
United States District Judge