UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE DE JESUS ACOSTA, | No. CV 08-2427 PSG (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| GARY PENROD, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: April 27, 2010

PHILIP S. GUTIERREZ
United States District Judge